UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED ELECTRONICALLY

| | |
|---|---|
| RICHARD UNSEL )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA D/B/A CIGNA, ET AL. )<br>)<br>DEFENDANT. ) | Case No. 5:19-CV-0038-TBR |

## AGREED ORDER OF DISMISSAL

Plaintiff, Richard Unsel, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

Respectfully submitted,

/s/Joseph P. McDonald (by DAC with permission)
Joseph P. McDonald
McDonald & McDonald Co., LPA
200 E. Spring Valley Road, Suite A
Dayton, Ohio 45458

**Counsel for Plaintiff, Richard Unsel**

/s/David A. Calhoun
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 589-5235
(502) 589-0309
mitziwyrick@wyattfirm.com
dcalhoun@wyattfirm.com
**Counsel for Defendant Life Insurance Company of North America**

61851320.1
7/3/2019

Thomas B. Russell, Senior Judge
United States District Court

July 17, 2019